PEOPLE, Respondent, v. LEVY, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Appeal from Court of Special Sessions of City of New York. Harry A. Levy was convicted of crime, and he appeals. Affirmed. Benjamin N. Cardozo, of

New York City, for appellant. Robert S. Johnstone, of New York City, for the People.

PER CURIAM. Judgment affirmed.

SCOTT, J., dissents.

LAUGHLIN, J. I dissent from the affirmance, and vote for reversal, and for the discharge of the defendant, on the authority of Thompson v. New Academy Theater Co. (decided March 13, 1912) 149 App. Div. 932, 134 N. Y. Supp. 1148, People ex rel. Cisco v. School Board, 161 N. Y. 598, 56 N. E. 81, 48 L. R. A. 113, and Plessy v. Ferguson, 163 U. S. 537, 16 Sup. Ct. 1138, 41 L. Ed. 256.